UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESMOND MARTIN, : | |
| Petitioner, : | |
| : | |
| v. : | No. 2:15-cv-3394 |
| : | |
| STEPHEN GLUNT; : | |
| THE DISTRICT ATTORNEY OF THE : | |
| COUNTY OF PHILADELPHIA; and : | |
| THE ATTORNEY GENERAL OF THE : | |
| STATE OF PENNSYLVANIA, : | |
| Respondents. : | |

# **O R D E R**

**AND NOW**, this 3rd day of April, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. All of Petitioner's objections, ECF No. 23, to the Report and Recommendation are **OVERRULED and DENIED**;
2. The Report and Recommendation, ECF No. 20, is **APPROVED and ADOPTED**;
3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED WITH PREJUDICE**;
4. The Motion to Stay, ECF No. 3, is **DENIED**;
5. The Motion for an Evidentiary Hearing, ECF No. 11, is **DENIED**;
6. This case is **CLOSED**; and
7. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge